IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARY OGUNTODU,<br>　　*Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 7:21-CV-00011 |
| KARA PAINTER, et al.,<br>　　*Defendants*. | §<br>§<br>§ | |

**DEFENDANTS PAINTER AND PETERSON'S
ADVISORY TO COURT REGARDING SETTLEMENT**

Defendants, through their counsel at The Office of the Texas Attorney General, file this advisory in response to the Court's Order. ECF No. 56.

Parties mediated this case and reached a settlement agreement on April 18, 2023. ECF 52. The settlement agreement was subject to approval under the General Appropriations Act. On Wednesday, August 23, 2023, undersigned counsel received the settlement check issued by the comptroller's office and overnighted it to Plaintiff's counsel. Counsel for Plaintiff received the settlement check on August 24, 2023. Defendants have circulated a draft of the Join Motion to Dismiss which will be filed as soon as it is signed.

　　　　　　　　　　　　　　　　　　Respectfully Submitted.

　　　　　　　　　　　　　　　　　　**ANGELA COLMENERO**
　　　　　　　　　　　　　　　　　　Provisional Attorney General of Texas

　　　　　　　　　　　　　　　　　　**BRENT WEBSTER**
　　　　　　　　　　　　　　　　　　First Assistant Attorney General

　　　　　　　　　　　　　　　　　　**GRANT DORFMAN**
　　　　　　　　　　　　　　　　　　Deputy First Assistant Attorney General

　　　　　　　　　　　　　　　　　　**JAMES LLOYD**
　　　　　　　　　　　　　　　　　　Acting Deputy Attorney General for Civil Litigation

        SHANNA E. MOLINARE
        Division Chief
        Law Enforcement Defense Division

        */s/ Abigail K. Carter*
        **ABIGAIL K. CARTER**
        Assistant Attorney General
        Texas State Bar No. 24126376
        abigail.carter@oag.texas.gov

        Law Enforcement Defense Division
        Office of the Attorney General
        P.O. Box 12548
        Austin, Texas 78711-2548
        (512) 463-2080 / Fax (512) 370-9814

        **COUNSEL FOR DEFENDANTS**

## NOTICE OF ELECTRONIC FILING

    I, **ABIGAIL K. CARTER**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing a true and correct copy of the foregoing in accordance with the Electronic Case Files System of the Northern District of Texas on August 30, 2023.

        */s/ Abigail K. Carter*
        **ABIGAIL K. CARTER**
        Assistant Attorney General

## CERTIFICATE OF SERVICE

    I, **ABIGAIL K. CARTER**, Assistant Attorney General of Texas, certify that a true and correct copy of foregoing will be served on all counsel of record through the Court's Electronic Case File System on August 30, 2023.

        */s/ Abigail K. Carter*
        **ABIGAIL K. CARTER**
        Assistant Attorney General