IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARY OGUNTODU,<br>  *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 7:21-CV-00011 |
| KARA PAINTER, et al.,<br>  *Defendants.* | § § § | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Mary Oguntodu, respectfully files this Joint Motion for Dismissal with Prejudice.

All claims between the parties have been resolved. Thus, the Parties jointly request that the Court dismiss all claims by Mary Oguntodu against Kara Painter and Cheteigra Peterson with prejudice. The dismissal would resolve all remaining claims against all parties in this suit.

Mary Oguntodu, Kara Painter, and Cheteigra Peterson submit herewith an Agreed Final Judgment dismissing all claims by and against all parties with prejudice, for the Court's approval and entry.

Dated: August 31, 2023                                                               Respectfully submitted,

| | |
|---|---|
| **JAMES ROBERTS** | **ABIGAIL K. CARTER** |
| Texas State Bar No. 24105721 | Texas State Bar No. 24126376 |
| james@scottpalmerlaw.com | Abigail.Carter@oag.texas.gov |
| **Scott H. Palmer, P.C.** | P.O. Box 12548 |
| 15455 Dallas Parkway, Suite 540 | Capitol Station Austin, TX 78711 |
| Addison, Texas 75001 | Tel: (512) 463-2080 |
| 214-987-4100 (office) | Fax: (512) 370-9814 |
| 214-922-9900 (fax) | |
| | *Counsel for Defendants* |
| *Counsel for Plaintiff*<br>*Mary Oguntodu* | |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was served on counsel for Defendants via email on August 31, 2023.

*Via Email*
Abigail.Carter@oag.texas.gov

_____
JAMES ROBERTS